# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

| | |
|---|---|
| **MARLIN RAINS and BARBARA RAINS,** *Plaintiffs,* v. **STATE FARM FIRE AND CASUALTY COMPANY,** *Defendant.* | CAUSE NO. 3:24-CV-630-CWR-LGI |

## ORDER

Defendant, State Farm Fire and Casualty Company, filed a *motion in limine*, requesting that the Court exclude (1) any evidence, testimony, or argument regarding the outcome of other roof claims near Plaintiffs' property; and (2) testimony regarding State Farm's handling of Plaintiffs' claim. Docket No. 28. With respect to the former, Plaintiffs concede they will not seek to introduce evidence with respect to other roof claims near Plaintiffs' property. Docket No. 30 at 3. That portion of the motion is granted. With respect to the latter, facts surrounding the handling of Plaintiffs' claim may yet be relevant. Although Plaintiffs agreed to dismiss all extracontractual claims, Docket No. 25, there remains a coverage dispute as to the portions of the roof that cannot be repaired and for additional hail/wind damage. For that reason, evidence of State Farm's handling of Plaintiffs' claim cannot be summarily excluded. Therefore, this portion of the motion is denied.

**SO ORDERED**, this the 28th day of October 2025.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE

1